IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

VALERIE TAYLOR,

Plaintiff,

v.

CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY,

Defendant.

6:12-CV-00225-BR

**JUDGMENT OF REMAND**

Based on the Court's Opinion and Order (#24) issued May 8, 2013, **IT IS ADJUDGED** this matter is **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for the immediate calculation and payment of benefits.

Dated this 8th day of May, 2013.

*/s/ Anna J. Brown*

ANNA J. BROWN
United States District Judge