IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| VALERIE TAYLOR, | 6:12-CV-00225-BR |
| Plaintiff, | JUDGMENT OF REMAND |
| v. | |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Based on the Court's Opinion and Order (#24) issued May 8, 2013, **IT IS ADJUDGED** this matter is **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for the immediate calculation and payment of benefits.

Dated this 8th day of May, 2013.

*/s/ Anna J. Brown*
ANNA J. BROWN
United States District Judge

JUDGMENT OF REMAND